# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

## WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



P 28072020

Certification Number

This is to certify that the information here given [is] correctly copied from an original Certificate of Dea[th] duly filed with me as Local Registrar. The origina[l] certificate will be forwarded to the State Vit[al] Records Office for permanent filing.

_Local Registrar_

Date Issued: MAY 10 2021

---

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: 345954-2021

Type/Print in Permanent Black Ink

| 1. Decedent's Legal Name (First, Middle, Last, Suffix) | 2. Sex | 3. Social Security Number | 4. Date of Death (Month dd, yyyy) |
|---|---|---|---|
| James Robert Sheller | Male | [redacted] | April 16, 2021 |

| 5a. Age-Last Birthday (Yrs) | 5b. Under 1 Year | | 5c. Under 1 Day | | 6. Date of Birth (Mo/Day/Year) (Spell Month) | 7a. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|---|
| 54 | Months | Days | Hours | Minutes | November 06, 1966 | Pittsburgh, Pennsylvania |

7b. Birthplace (County) Allegheny

| 8a. Residence (State or Foreign Country) | 8b. Residence (Street and Number - Include Apt No.) | 8c. Did Decedent Live in a Township? |
|---|---|---|
| Pennsylvania | 3233 Churchview Avenue | ☐ Yes, decedent lived in _____ twp. |

| 8d. Residence (County) | 8e. Residence (Zip Code) 15227 | ☒ No, decedent lived within limits of Baldwin _____ city/boro |
|---|---|---|
| Allegheny | | |

| 9. Ever in US Armed Forces? ☐ Yes ☒ No ☐ Unknown | 10. Marital Status at Time of Death ☒ Married ☐ Divorced ☐ Never Married ☐ Widowed ☐ Unknown | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) Beth Leonard |
|---|---|---|

| 12. Father / Parent's Name (First, Middle, Last, Suffix) James E. Sheller | 13. Mother / Parent's Name Prior to First Marriage (First, Middle, Last, Suffix) Darlene Harmening |
|---|---|

| 14a. Informant's Name Beth Sheller | 14b. Relationship to Decedent Spouse | 14c. Informant's Mailing Address (Street and Number, City, State, Zip Code) 3233 Churchview Avenue Pittsburgh, PA 15227 |
|---|---|---|

**To Be Completed/Verified By: FUNERAL DIRECTOR**

| If Death Occurred in a Hospital: ☒ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival | 15a. Place of Death (Check only one) If Death Occurred Somewhere Other Than a Hospital: ☐ Nursing Home/Long-Term Care Facility ☐ Hospice Facility ☐ Decedent's Home ☐ Other (Specify) |
|---|---|

| 15b. Facility Name (If not institution, give street and number) Jefferson Hospital | 15c. City or Town, State, and Zip Code Jefferson Hills, Pennsylvania 15025 | 15d. County of Death Allegheny |
|---|---|---|

| 16a. Method of Disposition ☐ Burial ☒ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 16b. Date of Disposition April 19, 2021 | 16c. Place of Disposition (Name of cemetery, crematory, or other place) Pittsburgh Cremation Services |
|---|---|---|

| 16d. Location of Disposition (City or Town, State, and Zip) Ross Township, Pennsylvania 15237 | 17a. Signature of Funeral Service Licensee or Person in Charge of Interment _Jeffrey L Maist (Electronically Signed)_ | 17b. License Number FD013775L |
|---|---|---|

| 17c. Name and Complete Address of Funeral Facility John F Slater Funeral Home Inc 4201 Brownsville Road Pittsburgh, Pennsylvania 15227 |
|---|

| 18. Decedent's Education - Check the box that best describes the highest degree or level of school completed at the time of death. | 19. Decedent of Hispanic Origin - Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino. | 20. Decedent's Race - Check ONE OR MORE races to indicate what the decedent considered himself or herself to be. |
|---|---|---|
| ☐ 8th grade or less | ☒ No, not Spanish/Hispanic/Latino | ☒ White ☐ Korean |
| ☐ No diploma, 9th - 12th grade | ☐ Yes, Mexican, Mexican American, Chicano | ☐ Black or African American ☐ Vietnamese |
| ☐ High school graduate or GED completed | ☐ Yes, Puerto Rican | ☐ American Indian or Alaska Native ☐ Other Asian |
| ☐ Some college credit, but no degree | ☐ Yes, Cuban | ☐ Asian Indian ☐ Native Hawaiian |
| ☒ Associate degree (e.g. AA, AS) | ☐ Yes, other Spanish/Hispanic/Latino | ☐ Chinese ☐ Guamanian or Chamorro |
| ☐ Bachelor's degree (e.g. BA, AB, BS) | (Specify) _____ | ☐ Filipino ☐ Samoan |
| ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA) | | ☐ Japanese ☐ Other Pacific Islander |
| ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD) | | ☐ Other (Specify) _____ |

| 21. Decedent's Single Race Self-Designation - Check ONLY ONE to indicate what the decedent considered himself or herself to be. | | 22a. Decedent's Usual Occupation - Indicate type of work done during most of working life. DO NOT USE RETIRED |
|---|---|---|
| ☒ White ☐ Black or African American ☐ American Indian or Alaska Native ☐ Asian Indian ☐ Chinese ☐ Filipino | ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian ☐ Native Hawaiian ☐ Guamanian or Chamorro | Auto Customization |
| | ☐ Samoan ☐ Other Pacific Islander ☐ Don't Know/Not Sure ☐ Refused ☐ Other (Specify) _____ | 22b. Kind of Business/Industry Automotive |

**To Be Completed By: MEDICAL CERTIFIER**

| ITEMS 23a - 24 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH | 23a. Date Pronounced Dead (Mo/Day/Yr) | 23b. Signature of Person Pronouncing Death (Only when applicable) | 23c. License Number |
|---|---|---|---|
| 23d. Date Signed (Mo/Day/Yr) | 24. Time of Death 13:34 | 25. Was Medical Examiner or Coroner Contacted? ☐ Yes ☒ No | |

### CAUSE OF DEATH

26. Part I. Enter the chain of events--diseases, injuries, or complications--that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. Septic shock | 2 days |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | Due to (or as a consequence of): b. Acute respiratory distress syndrome | 2 weeks |
| | Due to (or as a consequence of): c. COVID pneumonia | 2 weeks |
| | Due to (or as a consequence of): d. _____ | _____ |
| | Due to (or as a consequence of): | |

26. Part II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I

| 27. Was an autopsy performed? ☐ Yes ☒ No |
|---|
| 28. Were autopsy findings available to complete the cause of death? ☐ Yes ☐ No |

| 29. If Female: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 30. Did Tobacco Use Contribute to Death? ☐ Yes ☐ Probably ☒ No ☐ Unknown | 31. Manner of Death ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined |
|---|---|---|
| | 32. Date of Injury (Mo/Day/Yr) (Spell Month) | 33. Time of Injury |

| 34. Place of Injury (e.g. home; construction site; farm; school) | 35. Location of Injury (Street and Number, City, State, Zip Code) |
|---|---|

| 36. Injury at Work ☐ Yes ☐ No | 37. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (Specify) _____ | 38. Describe How Injury Occurred: |
|---|---|---|

39a. Certifier - physician, certified registered nurse practitioner, physician assistant, medical examiner/coroner (Check only one):
☒ Certifying only - To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Pronouncing & Certifying - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner/Coroner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| Signature of certifier _Jennifer Leap (Electronically Signed)_ | Title of certifier DO | License Number: OS018590 |
|---|---|---|
| 39b. Name, Address and Zip Code of Person Completing Cause of Death (Item 26) Jennifer Leap 565 Coal Valley Rd Jefferson Hills, Pennsylvania 15025 | | 39c. Date Signed (Mo/Day/Yr) April 19, 2021 |

| 40. Registrar's District Number 02-031 | 41. Registrar's Signature _Amy Lynn Smith (Electronically Signed)_ | 42. Registrar File Date (Mo/Day/Yr) April 20, 2021 |
|---|---|---|
| 43. Amendments | | |

Disposition Permit No. 1757426

H105-143
REV 11/2017-E