FILED
5/17/21 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

James & Beth Sheller                Bankruptcy No. 21 20462 GLT

Chapter 7

   Debtor

James Sheller

   Movant                           Related to Dkt. No. 16

      v.

Natalie Lutz Cardiello

   Respondents.

<u>ORDER ON MOTION TO WAIVE ATTENDANCE AT 341 MEETING</u>

AND NOW, this 17th day of May 2021, upon consideration of the Motion filed in the above matter,

IT IS ORDERED that the Motion is hereby GRANTED.

IT IS SO ORDERED.

                      BY THE COURT:

                      _____
                      GREGORY L. TADDONIO  jah
                      UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20462-GLT |
| James R. Sheller | Chapter 7 |
| Beth A. Sheller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James R. Sheller, Beth A. Sheller, 3233 Churchview Ave, Pittsburgh, PA 15227-4303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad L. Hamric | on behalf of Debtor James R. Sheller hamriclaw@comcast.net |
| Brad L. Hamric | on behalf of Joint Debtor Beth A. Sheller hamriclaw@comcast.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 mmiksich@kmllawgroup.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | |

District/off: 0315-2 | User: dkam | Page 2 of 2
Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6