**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James R. Sheller** | Social Security number or ITIN  xxx–xx–4890 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Beth A. Sheller** | Social Security number or ITIN  xxx–xx–1918 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **21–20462–GLT**

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James R. Sheller                                        Beth A. Sheller

6/23/21                                                **By the court:**   Gregory L. Taddonio
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20462-GLT |
| James R. Sheller | Chapter 7 |
| Beth A. Sheller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 23, 2021 | Form ID: 318 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Sheller, Beth A. Sheller, 3233 Churchview Ave, Pittsburgh, PA 15227-4303 |
| 15346300 | + | AHN, Box 645266, Pittsburgh, PA 15264-5250 |
| 15346301 | + | AHN Emergency Group, Box 14000, Belfast, ME 04915-4033 |
| 15346302 | + | AHN Jefferson Hospital, 565 Coal Valley Road, Jefferson Hills, PA 15025-3703 |
| 15346303 | + | Allegheny Clinic Radiology, Box 1198, Somerset, PA 15501-0336 |
| 15346304 | + | Americollect Ridiculously Nice Collectio, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 15346305 | + | Baldwin Emergency Medical Services, Box 18236, Pittsburgh, PA 15236-0236 |
| 15346310 | + | CBCS, Box 2724, Columbus, OH 43216-2724 |
| 15346309 | + | Carrington Mortgage Services, Box 660586, Dallas, TX 75266-0586 |
| 15346313 | + | Credit Collection Solutions, Box 99, Bangor, PA 18013-0099 |
| 15346316 | + | District Justice Ralph Kaiser, Curry Commons, 5001 Curry Road Unit 2, Pittsburgh, PA 15236-2568 |
| 15346317 | + | Duquesne Light, Box 67, Pittsburgh, PA 15267-0067 |
| 15346318 | + | Escallate LLC, Box 645425, Cincinnati, OH 45264-5425 |
| 15346320 | + | Foundation Radiology, 75 Remittance Dr, Dept 6757, Chicago, IL 60675-6757 |
| 15346321 | + | Foundation Radiology Group, Box 554895, Detroit, MI 48255-4895 |
| 15346322 | + | Foundation Radioogy, Box 1198, Somerset, PA 15501-0336 |
| 15346325 | + | Hayt Hayt Landau, Two Industrial Way west, Eatontown, NJ 07724-2279 |
| 15346324 | + | Hayt Hayt Landau, 123 S Broad st, Suite 1325, Philadelphia, PA 19109-1000 |
| 15346326 | + | Jefferson Regional Medical Center, 565 Coal Valley Dr, Jefferson Hills, PA 15025-3703 |
| 15346327 | + | Legal Tax Service, Box 10020, Pittsburgh, PA 15236-6020 |
| 15346332 | + | PA American Water, Box 371412, Pittsburgh, PA 15250-7412 |
| 15346333 | + | Patrners in Nephrology and Endocrinology, 5171 Liberty Ave, Pittsburgh, PA 15224-2254 |
| 15346336 | + | Radius Global Solutions, Box 390846, Minneapolis, MN 55439-0846 |
| 15346337 | + | Resurgent Capital Services, Box 1410, Troy, MI 48099-1410 |
| 15346338 | + | Resurgent Capital Services, Box 510090, Livonia, MI 48151-6090 |
| 15346340 | + | Retina Vitreous, 2000 Oxford Dr, Bethel Park, PA 15102-1846 |
| 15346341 | + | Rx Tox Inc, 850 Clairton Blvd, Suite 1300, Pittsburgh, PA 15236-4567 |
| 15346345 | + | South Hills Pain & Rehab, 575 Coal Vallry Rd, Jefferson Hills, PA 15025-3716 |
| 15346346 | + | South Hills Radiology, 565 Coal Valley Rd, Jefferson Hills, PA 15025-3703 |
| 15346347 | + | South Park Anesthesia Assoc., 1699 Washington Rd, suite 307, Pittsburgh, PA 15228-1629 |
| 15346350 | + | US Acute Care Solutions, Box 9820, Coral Springs, FL 33075-0820 |
| 15346351 | + | XYZ Medical, 1699 Washington Rd, Pittsburgh, PA 15228-1660 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QNLCARDIELLO.COM | Jun 24 2021 03:23:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | EDI: PENNDEPTREV | Jun 24 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

Case 21-20462-GLT    Doc 28    Filed 06/25/21    Entered 06/26/21 00:29:58    Desc Imaged
                                   Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: 318 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 24 2021 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2021 23:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 23 2021 23:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15346306 | + | EDI: CAPITALONE.COM | Jun 24 2021 03:23:00 | Capital One, Box 71083, Charlotte, NC 28272-1083 |
| 15346308 | + | EDI: CAPITALONE.COM | Jun 24 2021 03:23:00 | Capital One, Box 30285, Salt Lake City, UT 84130-0285 |
| 15346307 | + | EDI: CAPITALONE.COM | Jun 24 2021 03:23:00 | Capital One, Box 85617, Richmond, VA 23285-5617 |
| 15346311 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 23 2021 23:28:00 | Collection Service Center, 839 5th Ave, Box 560, New Kensington, PA 15068-6303 |
| 15346312 | + | EDI: CCS.COM | Jun 24 2021 03:23:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 15346314 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 23 2021 23:28:00 | Credit Management, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15346315 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 23 2021 23:44:45 | Credit One Bank, Box 60500, City of Industry, CA 91716-0500 |
| 15346319 | + | EDI: FSAE.COM | Jun 24 2021 03:23:00 | First Source, 205 Bryant Woods, Buffalo, NY 14228-3609 |
| 15346323 | + | Email/Text: reports@halstedfinancial.com | Jun 23 2021 23:27:00 | Halstead Finabcial Services, Box 828, Skokie, IL 60076-0828 |
| 15346328 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:45:05 | LVNV Funding, Box 10497, Greenville, SC 29603-0497 |
| 15346329 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2021 23:44:44 | Merrick Bank, Box 660702, Dallas, TX 75266-0702 |
| 15346330 | + | EDI: MID8.COM | Jun 24 2021 03:23:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15346331 | + | EDI: MID8.COM | Jun 24 2021 03:23:00 | Midland Credit Management, Box 301030, Los Angeles, CA 90030-1030 |
| 15346334 | + | Email/Text: info@phoenixfinancialsvcs.com | Jun 23 2021 23:27:00 | Phoenix Finacial, Box 361450, Indianapolis, IN 46236-1450 |
| 15346335 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 23 2021 23:28:00 | Quest Diagnostics, Box 7302, Hollister, MO 65673-7302 |
| 15346339 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:45:05 | Resurgent Capital Services, Suite 110,MS 576, 55 Beattie Place, Greenville, SC 29601-5115 |
| 15346342 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2021 23:45:05 | Sherman Originator, Box 10497, Greenville, SC 29603-0497 |
| 15346343 | + | Email/Text: clientservices@sourcerm.com | Jun 23 2021 23:28:00 | Source Receivable Management, Box 4068, Greensboro, NC 27404-4068 |
| 15346344 | + | Email/Text: clientservices@sourcerm.com | Jun 23 2021 23:28:00 | Source Receivable Management, 4615 Dundas Dr, Greensboro, NC 27407-1650 |
| 15346348 | + | Email/Text: PFS.Analyst@stclair.org | Jun 23 2021 23:28:00 | St Clair Hospital, 1000 Bower Hill Rd, Pittsburgh, PA 15243-1899 |

15346349  + Email/Text: bankruptcydepartment@tsico.com
                                          Jun 23 2021 23:28:00    Transworld Systems, 500 Virginia Dr, Suite 514, Fort Washington, PA 19034-2733

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Indenture |
| 15346299 | | Affiliate Asset Solutions, 145 Technology Parkway NW, suite 100, Peachtree, GA |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad L. Hamric | on behalf of Debtor James R. Sheller hamriclaw@comcast.net |
| Brad L. Hamric | on behalf of Joint Debtor Beth A. Sheller hamriclaw@comcast.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 mmiksich@kmllawgroup.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6